IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02553-PAB-CYC

WILLIAM MONTGOMERY,

    Plaintiff,

v.

TRAVIS LORE,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on April 15, 2025.**

    Pursuant to communications with the parties, the final pretrial conference set for May 14, 2025 at 11:00 a.m. is hereby **VACATED**.

    The Court sets a status conference for May 1, 2025 at 11:30 a.m. in Courtroom C-205, on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.